# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2020

159764 & (23)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DEMARIO DESHAWN BONDS,
        Defendant-Appellant.

_____/

SC: 159764
COA: 346871
Genesee CC: 13-034148-FC

On order of the Court, the motion to supplement application is GRANTED. The application for leave to appeal the April 23, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted of the defendant's ineffective assistance of appellate counsel issue based on his argument under MCR 6.508(D)(3) that the 26-month delay between his arrest and trial deprived him of his right to a speedy trial. *People v Williams*, 475 Mich 245 (2006); *Barker v Wingo*, 407 US 514, 532 (1972). In all other respects, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



a0128

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2020



Clerk